WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Emilio Chatto Haddo,<br><br>　　　　　　Defendant. | No.  CR16-08012-001-PCT-PGR<br><br>**RELEASE AND TRANSPORTATION ORDER** |

　　　The defendant Emilio Chatto Haddo having qualified for pretrial release and placement at Crossroads.

　　　IT IS HEREBY ORDERED that the United States Marshal transport defendant to the Sandra Day O'Connor Courthouse on Thursday, February 25, 2016 for release to the custody of Crossroads.  A bag and baggage hearing before the Court will **not** be required.  The defendant shall reside pretrial at said facility as previously ordered by the Court.

　　　Dated this 11th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge